1  ANDREW THOMASES (Bar No. 177339)
   MATTHEW BUCHANAN (Bar No. 243885)
2  JIGANG JIN (Bar No. 239465)
   MATTHEW PAIK (Bar No. 267719)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue, Suite 1400
4  Palo Alto, California  94301
   Telephone: (650) 470-4500
5  Facsimile:  (650) 470-4570
   Email:  andrew.thomases@skadden.com;
6          matthew.buchanan@skadden.com;
           jigang.jin@skadden.com;
7          matthew.paik@skadden.com

8  Attorneys for Plaintiff,
   SPANSION LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SPANSION LLC, | CASE NO.:  3:13-cv-03566-JST |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT** |
| MACRONIX INTERNATIONAL CO., LTD.; MACRONIX AMERICA, INC.; ACER INC.; ACER AMERICA CORPORATION; ASUSTEK COMPUTER, INC.; ASUS COMPUTER INTERNATIONAL; BELKIN INTERNATIONAL, INC., D-LINK SYSTEMS, INC.; NETGEAR INC; NINTENDO CO., LTD.; NINTENDO OF AMERICA, INC. | Judge:  Honorable Jon S. Tigar |
| Defendants. | |

**STIPULATION AND [PROPOSED] ORDER**          **CASE NO. 3:13-CV-03566-JST**

1     WHEREAS, Plaintiff filed this action against Defendants on August 1, 2013 (Docket No. 1);

2     WHEREAS, Plaintiff filed a First Amended Complaint against Defendants on August 29,
3 2013 (Docket No. 11);

4     WHEREAS, Rule 6-1(a) of the Civil Local Rules of the Northern District of California
5 provides that the parties may stipulate to extend the time within which to answer or otherwise
6 respond to the complaint;

7     WHEREAS, Plaintiff has agreed to extend the date by which Defendants, Macronix
8 International Co., Ltd., Macronix America, Inc., Acer Inc., Acer America Corporation, ASUSTek
9 Computer Inc., Asus Computer International (America), Belkin International, Inc., D-Link Systems,
10 Inc., NETGEAR Inc., Nintendo Co., Ltd., and Nintendo of America, Inc., shall be required to
11 answer or otherwise respond to the First Amended Complaint until October 21, 2013.

12     NOW, THEREFORE, the undersigned parties through their respective counsel stipulate as
13 follows:

14     The time for Defendants, Macronix International Co., Ltd., Macronix America, Inc., Acer
15 Inc., Acer America Corporation, ASUSTek Computer Inc., Asus Computer International (America),
16 Belkin International, Inc., D-Link Systems, Inc., NETGEAR Inc., Nintendo Co., Ltd., and
17 Nintendo of America, Inc., to answer or otherwise respond to the First Amended Complaint shall
18 be extended to and including October 21, 2013.

19     This stipulation may be executed in counterparts, including by signature transmitted by
20 facsimile or electronically.

21 DATED: September 16, 2013      SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By:   */s/ Andrew Thomases*
       Andrew Thomases

Attorneys for Plaintiff
Spansion LLC

-1-

**STIPULATION AND [PROPOSED] ORDER**      **CASE NO. 3:13-CV-03566-JST**

-2-

| | |
|---|---|
| DATED: September 16, 2013 | WINSTON & STRAWN LLP |
| | By:    */s/ David Enzminger* <br> David Enzminger |
| | Attorneys for Defendants, <br> Macronix International Co., Ltd., <br> Macronix America, Inc., Acer Inc., <br> Acer America Corporation, ASUSTek Computer Inc., <br> Asus Computer International (America), <br> Belkin International, Inc., D-Link Systems, Inc., <br> NETGEAR Inc., Nintendo Co., Ltd., and <br> Nintendo of America, Inc. |

PURSUANT TO THE STIPULATION OF THE PARTIES
IT IS SO ORDERED:

Dated: September 17, 2013

_____
HON. JON S. TIGAR
UNITED STATED DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA