ANDREW THOMASES (Bar No. 177339)
MATTHEW BUCHANAN (Bar No. 243885)
JIGANG JIN (Bar No. 239465)
MATTHEW PAIK (Bar No. 267719)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California  94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570
Email:  andrew.thomases@skadden.com;
        matthew.buchanan@skadden.com;
        jigang.jin@skadden.com;
        matthew.paik@skadden.com

Attorneys for Plaintiff,
SPANSION LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SPANSION LLC, | CASE NO.: 3:13-cv-03566-JST |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO VACATE DEADLINES PENDING ENTRY OF STAY REQUIRED BY 28 U.S.C. § 1659** |
| MACRONIX INTERNATIONAL CO., LTD.; | |
| MACRONIX AMERICA, INC.; | Judge:  Honorable Jon S. Tigar |
| ACER INC.; | |
| ACER AMERICA CORPORATION; | |
| ASUSTEK COMPUTER, INC.; | |
| ASUS COMPUTER INTERNATIONAL; | |
| BELKIN INTERNATIONAL, INC., | |
| D-LINK SYSTEMS, INC.; | |
| NETGEAR INC; | |
| NINTENDO CO., LTD.; | |
| NINTENDO OF AMERICA, INC. | |
| Defendants. | |

Plaintiff, Spansion LLC ("Spansion") and each of the Defendants identified in the above-captioned civil action (i.e., Macronix International Co., Ltd., Macronix America, Inc.; Acer Inc.; Acer America Corp.; ASUSTeK Computer Inc.; ASUS Computer International; Belkin International, Inc.; D-Link Systems, Inc.; NETGEAR, Inc.; Nintendo Co., Ltd.; Nintendo of America, Inc.), hereby agree and stipulate, subject to the approval of the Court, as follows:

1. On August 1, 2013, Spansion filed an Original Complaint against certain party defendants in this action ("the Northern District of California action"), alleging infringement of six United States Patents, i.e., U.S. Patent Nos. 6,369,416; 6,459,625; 6,731,536; 6,900,124; 7,018,922; and 7,151,027 (collectively, the "Spansion Patents").  On August 29, 2013, Spansion amended its Original Complaint to delete certain defendants, resulting in the eleven party defendants identified above ("Defendants"), and to make certain additional allegations.

2. Spansion also has asserted these same six Spansion Patents against the Defendants in a co-pending investigation before the United States International Trade Commission (the "Commission") entitled *Certain Flash Memory Chips and Products Containing the Same*, Investigation No. No. 337-TA-893, filed on August 1, 2013 and instituted on September 9, 2013 ("the ITC action"). *See* 78 F.R. 55095 (Sept. 9, 2013).

3. On October 8, 2013, pursuant to 28 U.S.C. § 1659, each of the Defendants has asserted its statutory right to a mandatory stay of all proceedings in the Northern District of California action until the determination of the Commission becomes final.[1]  Defendants' motion is set for November 14, 2013, at 2:00 p.m.  Because the requested stay is mandated by statute, Spansion does not oppose the motion.

---

[1] *See In re Princo Corp.*, 478 F.3d 1345 (Fed. Cir. 2007).

-1-

**STIPULATION AND [PROPOSED] ORDER**　　　　　　　　　　　　　　　**CASE NO. 3:13-CV-03566-JST**

4. In view of the foregoing, Spansion and the Defendants agree, and hereby stipulate, to vacate all deadlines in the above-captioned Northern District of California action, until the Court enters the requested order pursuant to 28 U.S.C. § 1659, staying all proceedings in this case until the resolution of the ITC Action .

DATED: October 15, 2013        SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By:   */s/ Andrew Thomases*
            Andrew Thomases

Attorneys for Plaintiff
Spansion LLC

DATED: October 15, 2013        WINSTON & STRAWN LLP

By:   */s/ David Enzminger*
            David Enzminger

Attorneys for Defendants,
Macronix International Co., Ltd.,
Macronix America, Inc., Acer Inc.,
Acer America Corporation, ASUSTek Computer Inc.,
Asus Computer International (America),
Belkin International, Inc., D-Link Systems, Inc.,
NETGEAR Inc., Nintendo Co., Ltd., and
Nintendo of America, Inc.

PURSUANT TO THE STIPULATION OF THE PARTIES
IT IS SO ORDERED:

Dated:  October 15         , 2013

_____
HON. JON S. TIGAR
UNITED STATED DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

-2-

**STIPULATION AND [PROPOSED] ORDER**                **CASE NO. 3:13-CV-03566-JST**