**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SPANSION LLC<br><br>    Plaintiff,<br><br>v.<br><br>MACRONIX INTERNATIONAL CO LTD.;<br>MACRONIX AMERICA, INC.;<br>ACER INC.;<br>ACER AMERICA CORPORATION;<br>ASUSTEK COMPUTER, INC.;<br>ASUS COMPUTER INTERNATIONAL;<br>BELKIN INTERNATIONAL, INC.,<br>D-LINK SYSTEMS, INC.;<br>NETGEAR INC;<br>NINTENDO CO., LTD.;<br>NINTENDO OF AMERICA, INC.<br><br>    Defendants. | Case No. C 13-cv-03566-VC<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |

1
2      Before the Court is the Parties' Joint Stipulation of Dismissal Pursuant to Fed. R. Civ. P.
3  41(a)(1)(A)(ii).  The Stipulation is **GRANTED**.  All claims in this action are hereby dismissed
4  with prejudice, and the parties will each bear their own costs and expenses.

    **IT IS SO ORDERED.**

Dated: January 30, 2015

Honorable Vince Chhabria
United States District Judge